UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 24-3225

In re: JESSE CALLOWAY, IV
(E.D. Pa. Civ. No. 2:24-cv-01207)

**O R D E R**

Appellant Jesse Calloway had two actions pending before the same judge in the U.S. District Court for the Eastern District of Pennsylvania: In re: Jesse Calloway, IV, E.D. Pa. Civ. No. 24-cv-01207 and Calloway v. American Express National Bank, et al., E.D. Pa. Civ. No. 24-cv-05332. It is further noted that Appellant filed a notice of appeal in the District Court on November 13, 2024, which was captioned in E.D. Pa. Civ. No. 24-cv-01207 and purported to challenge some Order of October 28, 2024. Accordingly, the filing was treated as a notice of appeal in In re: Jesse Calloway, IV, E.D. Pa. Civ. No. 24-cv-01207, and electronic notice was duly transmitted to the Court of Appeals. On December 11, 2024, the Court of Appeals docketed the filing as a new appeal at C.A. No. 24-3225.

A review of the District Court dockets reveals that the October 28, 2024 Order of the District Court which is subject of the notice of appeal was issued in the case captioned as Calloway v. American Express National Bank, et al., E.D. Pa. Civ. No. 24-cv-05332. Accordingly, the matter is remanded to the District Court with instructions to correct the dockets so that the Notice of Appeal is removed from In re: Jesse Calloway, IV, E.D. Pa. Civ. No. 24-cv-012071, and entered in Calloway v. American Express National Bank, et al., E.D. Pa. Civ. No. 24-cv-05332, as filed on November 13, 2024.

It is further ORDERED that the appeal at C.A. No. 24-3225 shall be administratively closed. A new appeal will be opened once the District Court has corrected the dockets and transmitted the notice of appeal in Calloway v. American Express National Bank, et al., E.D. Pa. Civ. No. 24-cv-05332.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: May 2, 2025
Amr/cc: all counsel of record



A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate